KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CABN 138549)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510)637-3705
Fax: (510)637-3724

Attorneys for Plaintiff

**FILED**
JUN 2 9 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE LEE WILLIAMS, JR.,<br><br>Defendant. | No.  4-06-70378-WDB<br><br>ORDER AND STIPULATION FOR CONTINUANCE FROM JUNE 27, 2006 THROUGH JULY 21, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of July 21, 2006 at 10:00A.M. before the Honorable Wayne D. Brazil, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 27, 2006, to July 21, 2006. The parties agree, and the Court finds and holds, as follows:

1. The defendant appeared before the Court on June 27, 2006 and was represented by Assistant Federal Public Defender Elizabeth Falk. Defendant was released on a bond.

2. The defendant has yet to make his initial appearance in case number CR 06-0366-MJJ, having been in custody on state charges underlying the above-captioned case. Defendant is represented in that case by Assistant Federal Public Defender Hilary Fox.

3. Judge Brazil has asked that the two matters be calendared together upon his return

1 | during the week of July 17, 2006.

2 |     4. Government counsel will be out of the district the first two weeks of July, 2006.

3 |     5. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) for continuity of counsel and to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    6. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

    7. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in her client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

    8. After a hearing on this matter on June 27, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 27, 2006 through July 21, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    9. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the Honorable Wayne D. Brazil on July 21, 2006 at 10:00 a.m., and (2) orders that the period from June 27, 2006 through July 21, 2006 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: _____6/28/06_____            _____/s/_____
                                         ELIZABETH FALK
                                         Assistant Federal Public Defender

DATED: _____6/28/06_____            _____/s/_____
                                         MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney

1  IT IS SO ORDERED.

2  
3  DATED: June 29, 2006                    _____
                                            NANDOR J. VADAS
4                                           United States Magistrate Judge